**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

```
_____    :
                                :
SAMUEL RYAN,                    :
                                :    Civil Action No. 04-4447(RBK)
            Petitioner,         :
                                :
        v.                      :    ORDER
                                :
ROY L. HENDRICKS, et al.,       :
                                :
            Respondents.        :
_____    :
```

For the reasons set forth in the Opinion filed herewith,

IT IS on this __21st__ day of __January__ , 2014,

ORDERED that the Petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED; and it is further

ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(2), Petitioner having failed to make a substantial showing of the denial of a constitutional right.


                                s/Robert B. Kugler
                                Robert B. Kugler
                                United States District Judge